AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

United States of America
v.
RUMALDO VALDEZ

Case No. MJ25-564 WRP

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

RECD USMS/HI 05/21

MAY 21 2025

at 12 o'clock and 46 min. a M
Lucy H. Carrillo, Clerk

**FILED UNDER SEAL PURSUANT TO CRIMLR5.2(a)(1)**

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) RUMALDO VALDEZ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(4)(B): Knowingly possessing a visual depiction of a minor engaged in sexually explicit conduct, with said visual depiction having travelled in or affected interstate or foreign commerce
18 U.S.C. § 2252A(a)(5)(A): Knowingly possessing any material containing child pornography, while in the special maritime and territorial jurisdiction of the US or US government land
18 U.S.C. § 2252A(a)(1): Knowingly mailing, transporting, or shipping child pornography, using any means or facility of interstate or foreign commerce, or in or affecting interstate or foreign commerce

Date: May 16, 2025

City and state: Honolulu, Hawaii

Wes Reber Porter
United States Magistrate Judge

Return

This warrant was received on (date) 5/16/25, and the person was arrested on (date) 5/19/25
at (city and state) Wahiawa, HI.

Date: 5/19/25

Arresting officer's signature

Scott Wells, Special Agent
Printed name and title